

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00627-CR

**IN RE** James **TRIBBLE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Irene Rios, Justice

Delivered and Filed:  September 19, 2018

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed a pro se "Writ of Mandamus," in which he complains the trial court "has failed to answer any motion, petition or action filed" by him "including his Habeas Corpus actions." According to relator, the only hearing conducted so far in his underlying criminal case is the August 15, 2018 arraignment.  Relator is represented by trial counsel below; therefore, he is not entitled to hybrid representation.  *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means relator's pro se mandamus petition will be treated as presenting nothing for this court's review.  *See id.*; *see also Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding).  Accordingly, relator's pro se petition for writ of mandamus is denied.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2018CR7155, styled *The State of Texas v. James Tribble*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.